THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   DOUGLAS M. CHRISTY,                         CASE NO. C13-1795-JCC

10                          Plaintiff,          ORDER

11          v.

12   CAROLYN W. COLVIN, *Acting*
     *Commissioner of Social Security*,

13

14                          Defendant.

15          This matter comes before the Court on the Report and Recommendation (Dkt. No. 22) of

16   the Honorable John L. Weinberg, United States Magistrate Judge. Upon consideration of the

17   Report and Recommendation, Plaintiff's Complaint, and the balance of the record, the Court

18   hereby finds and ORDERS:

19          (1)     The Report and Recommendation is ADOPTED (Dkt. No. 22);

20          (2)     The final decision of the Commissioner is REVERSED and the case is

21                  REMANDED to the Social Security Administration for further administrative

22                  proceedings consistent with the Report and Recommendation;

23          (3)     On remand, the ALJ shall afford Plaintiff thirty (30) days to supplement the

24                  record with a showing of the extent to which Dr. Snyder participated in the

25                  examination and diagnosis of Plaintiff, prior to the preparation of the report which

26                  Nurse Gaebler signed and he countersigned; and

(4)     The Clerk is respectfully directed to provide copies of this Order to all counsel and to Judge Weinberg.

DATED this 18th day of July 2014.


John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2